# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LISA RAY,**

        **Plaintiff,**

  **v.**                            **Case No.:  2:16-cv-405**
                                            **JUDGE GEORGE C. SMITH**
                                            **Magistrate Judge Kemp**

**COMMISSIONER**
**OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

      This case is before the Court on the Joint Stipulation to Remand to the Commissioner. (Doc. 22).  The parties jointly stipulate that the findings of the ALJ, including the non-disability finding, should be vacated and this matter should be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Final judgment shall be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

      Accordingly, pursuant to the Joint Stipulation, this action is remanded for further administrative proceedings.  During the proceedings, the ALJ will reweigh the medical opinions, reevaluate Plaintiff's residual functional capacity, and reevaluate Plaintiff's subjective complaints.

      **IT IS SO ORDERED.**

                                    */s/ George C. Smith*
                                    **GEORGE C. SMITH, JUDGE**
                                    **UNITED STATES DISTRICT COURT**