**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LISA RAY,**

    **Plaintiff,**

**v.**
                                                        **Case No.: 2:16-cv-405
CHIEF JUDGE ALGENON L. MARBLEY
Magistrate Judge Jolson**

**ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under the Social Security Act, 42 U.S.C. § 406(B). (ECF No. 29). Counsel for Plaintiff seeks $9,033.50 in attorney fees for the successful appeal in this Court. Defendant has filed a response and does not object to Plaintiff's Motion and the amount sought. (ECF No. 32).

Based on the agreement of the parties, Plaintiff's counsel is hereby awarded $9,033.50 in attorney fees.

    **IT IS SO ORDERED.**

                                                      **Algenon L. Marbley
Chief Judge United States District Court**

**DATED: June 3, 2020**